

FILED
JUL 11 2017

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-10025 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | SEXUAL ABUSE |
| IRA ALAN ARIAS, | 18 U.S.C. §§ 1153, 2242(1), and 2246(2)(A) |
| Defendant. | |

The Grand Jury charges:

Between on or about the 2nd day of May, 2015, and the 3rd day of May, 2015, in Codington County, in Indian country, in the District of South Dakota, Ira Alan Arias, an Indian, did knowingly cause and attempt to cause (name redacted) to engage in a sexual act, that is, contact between Ira Alan Arias's penis and (name redacted)'s vulva, by placing (name redacted) in fear, in violation of 18 U.S.C. §§ 1153, 2242(1), and 2246(2)(A).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____